IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER KEITH SAWYER, | No. 1:19-CV-00062 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| BOBBI JO SALAMON,[1] | |
| Respondent. | |

### ORDER

**AND NOW**, this 5th day of April 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Walter Keith Sawyer's initial and supplemental petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 are **DENIED**.

2. A certificate of appealability shall not issue, as Sawyer has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] At the time of filing, Sawyer was incarcerated at SCI Retreat and properly named the superintendent of that facility as the respondent in this habeas action. *See* Doc. 1 at 1. Sawyer is currently incarcerated at SCI Rockview, so the Court will substitute the proper respondent, SCI Rockview superintendent Bobbi Jo Salamon. *See Barry v. Bergen Cnty. Probation Dep't*, 128 F.3d 152, 162 (3d Cir. 1997) (citing *Braden v. 30th Jud. Cir. Crt. of Ky.*, 410 U.S. 484, 494-95 (1973)); 28 U.S.C. § 2254 Rule 2(a); *see also* 28 U.S.C. § 2242.